365 A.2d 1257

GLEGYAK et vir

v.

THE EQUITABLE GAS COMPANY, et al.,
Appellants.

Argued April 14, 1976.   Richard S. Dorfzaun, with him Dickie, McCamey & Chilcote, for appellant at Nos. 845 to 852, inclusive;  Thomas F. Weis, with him

Weis & Weis, for appellants at Nos. 853 and 854; John F. Becker, and Sikov & Love, submitted a brief for appellant at Nos. 869 and 870; Loyal H. Gregg, with him Robert W. Murdoch, and Jones, Gregg, Creehan and Gerace, for appellant at No. 871; James E. Coyne, with him Lancaster, Mentzer, Coyne & Duffy, for appellant at Nos. 5 to 20, inclusive; Robert D. Barozzini, with him R. A. King, Robert Evan Cohen, John A. Bacharach, James E. Coyne, and Girman & Del Sole, and Cohen, Cohen & Lippard, and Buchanan, Ingersoll, Rodewald, Kyle & Buerger, for appellees at Nos. 845 to 854, inclusive, and Nos. 864, 869, 870, 878, 9, 11, 16, 17, 24, and 28; Charles Kirshner, with him Rosenberg, Kirshner & Kaleugher, for appellee at Nos. 5 to 20, inclusive.

Order and judgments affirmed.